# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derek Quen Wong, | No. CV-23-00234-TUC-EJM |
| Plaintiff, | **ORDER** |
| v. | |
| White Rock Phlebotomy LLC, et al., | |
| Defendants. | |

On February 13, 2024, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the Court enter an order granting Plaintiff Derek Quen Wong's Motion for Entry of Default Judgment Against Defendants. (Doc. 13.) Judge Markovich notified the parties that they had fourteen (14) days from the date of the R&R to file any objections. (*Id.* at 18.) No objections were filed.

If neither party objects to a magistrate judge's R&R, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed the Complaint (Doc. 1), Motion for Default Judgment (Doc. 12), and Judge Markovich's R&R (Doc. 13). It finds Judge Markovich's conclusions thorough and well-reasoned. Accordingly, the Court agrees with the

recommendation.

**IT IS THEREFORE ORDERED**:

1) Magistrate Judge Markovich's Report and Recommendation is **ADOPTED**. (Doc. 13.)
2) Plaintiff's Motion for Default Judgment is **GRANTED**. (Doc. 12.)
3) Plaintiff shall be awarded damages as follows:
    a. On his Arizona Wage Act Claim against Defendant White Rock Phlebotomy:
        i. $31,249.98 in unpaid wages;
        ii. an additional $62,499.96 as treble damages on the unpaid wages;
        iii. pre-judgment interest of 10% per annum on the unpaid wages from March 1, 2023, to the date of entry of default judgment;[1] and
        iv. post-judgment interest on all amounts awarded.
    b. On his Arizona Minimum Wage Act Claim against Defendant Caroline Anne Lebiecki:
        i. $6,906.40 in minimum wages due;
        ii. an additional $13,812.80 as treble damages;
        iii. pre-judgment interest of 10% per annum on the unpaid wages from March 1, 2023, to the date of entry of default judgment; and
        iv. post-judgment interest on all amounts awarded.
    c. On his Breach of Contract Claim against Defendant White Rock Phlebotomy and Defendant Caroline Anne Lebiecki, joint and severally:
        i. $834.30 for unreimbursed expenses;
        ii. pre-judgment interest of 10% per annum on the unreimbursed expenses from March 1, 2023, to the date of entry of default judgment; and
        iii. post-judgment interest.

---

[1] The Court calculates monthly interest of $260.31 ($31,249.98 x 0.00833). The total interest owed would be $3,123.72 ($260.31 x 12 months).

4) Plaintiff shall be allowed to file a fee application within fourteen (14) days of the date of entry of default judgment.

Dated this 29th day of February, 2024.

_____
Honorable Raner C. Collins
Senior United States District Judge

- 3 -