IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derek Quen Wong,<br><br>　　　　Plaintiff,<br><br>v.<br><br>White Rock Phlebotomy LLC, et al.,<br><br>　　　　Defendants. | NO. CV-23-00234-TUC-EJM<br><br>**DEFAULT JUDGMENT** |

　　　　IT IS ORDERED AND ADJUDGED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court. Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant White Rock Phlebotomy, and Caroline Anne Lebieck. Plaintiff shall be awarded damages as follows:

a. Arizona Wage Act Claim against Defendant White Rock Phlebotomy:

　　　i. $31,249.98 in unpaid wages;

　　　ii. an additional $62,499.96 as treble damages on the unpaid wages;

　　　iii. pre-judgment interest of 10% per annum on the unpaid wages from March 1, 2023, to the date of entry of default judgment; and

　　　iv. post-judgment interest on all amounts awarded.

b. Arizona Minimum Wage Act Claim against Defendant Caroline Anne Lebiecki:

　　　i. $6,906.40 in minimum wages due;

　　　ii. an additional $13,812.80 as treble damages;

      iii. pre-judgment interest of 10% per annum on the unpaid wages from March 1, 2023, to the date of entry of default judgment; and

      iv. post-judgment interest on all amounts awarded.

c. Breach of Contract Claim against Defendant White Rock Phlebotomy and Defendant Caroline Anne Lebiecki, joint and severally:

      i. $834.30 for unreimbursed expenses;

      ii. pre-judgment interest of 10% per annum on the unreimbursed expenses from March 1, 2023, to the date of entry of default judgment; and

      iii. post-judgment interest.

Debra D. Lucas  
District Court Executive/Clerk of Court

March 11, 2024

By   s/ M. Espinoza  
      Deputy Clerk