IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Derek Quen Wong,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>White Rock Phlebotomy LLC, et al.,<br><br>　　　　　Defendants. | No. CV-23-00234-TUC-EJM<br><br>**ORDER** |

　　　　On November 14, 2024, Magistrate Judge Eric J. Markovich issued a Report and Recommendation ("R&R") in which he recommended the District Judge enter an order (1) granting in part and denying in part Plaintiff Derek Quen Wong's Motion for Attorneys['] Fees and Costs (Doc. 16); (2) awarding $10,400.63 in attorneys' fees and $700.54 in costs to Plaintiff, and (3) finding Defendants jointly and severally liable for the payment of attorneys' fees and costs. (Doc. 21 at 17.) This matter was referred to the undersigned pursuant to General Order 21-25. (*Id.* at 1.) Judge Markovich notified the parties they had fourteen (14) days from the date of the R&R to file any objections. (*Id.* at 17.) No objections have been filed.

　　　　If neither party objects to a magistrate judge's R&R, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard."

*Thomas*, 474 U.S. at 154.

The Court has reviewed the Complaint (Doc. 1), the Motion for Attorney's Fees (Doc. 16), and Magistrate Judge Markovich's R&R (Doc. 21). The Court finds the R&R well-reasoned and agrees with Judge Markovich's conclusions.

Accordingly, IT IS ORDERED:

1) Magistrate Judge Markovich's Report and Recommendation is ADOPTED. (Doc. 21.)

2) Plaintiff's Motion for Attorneys' Fees and Costs is GRANTED IN PART AND DENIED IN PART. (Doc. 16.)

3) Plaintiff is awarded $10,400.63 in attorneys' fees and $700.54 in costs.

Dated this 2nd day of December, 2024.

_____
Honorable Raner C. Collins
Senior United States District Judge